UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

AFFIDAVIT OF SERVICE

International Painters and
Allied Trades Industry Pension
Fund

vs.                                                    CASE NO.: 1:05CV01763

Complete Painting Service Co.
LLC.
_____/

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN    ss.

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on **09/20/2005** at **6:45 PM**, Deponent served the within named **Complete Painting Service Co. LLC.** by delivering a true copy of the **Summons and Complaint** to **Karen Liquindelo, Manager**, a person authorized to accept service on behalf of **Complete Painting Service Co. LLC.** .
Said service was effected at **67 Green Lane, Durham, CT 06422**.

Description:
**Sex: Female – Age: 45 – Skin: White – Hair: Brown – Height: 5'7" – Weight: 160**
Other Features:

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X_____
Stuart Perlmutter
Date: 9/20/05

Sworn to and subscribed before me this
_20_ day of _Sept._____, 20_05_
by an affiant who is personally known to
me or produced identification.

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires: _12/31/08_

Client File#:  – Our File# 23502