UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>  Plaintiff,<br><br>v.<br><br>COMPLETE PAINTING SERVICE CO LLC,<br><br>  Defendant. | Civil Action No. 05-1763 (RBW) |

## ORDER TO SHOW CAUSE

On October 31, 2005, the plaintiff filed an amended complaint bringing this action under the Employee Retirement Security Income Act of 1974, 29 U.S.C. §§ 1001 et seq., and seeking monetary and injunctive relief. Although the defendant has not responded to the complaint, the plaintiff has made no effort to pursue prosecution of this action. Accordingly, it is, this 27th day of December, 2005, hereby

**ORDERED** that the plaintiff shall show cause by January 10, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge