UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
INTERNATIONAL PAINTERS AND ALLIED   )
TRADES INDUSTRY PENSION FUND,       )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 05-1763 (RBW)
                                    )
COMPLETE PAINTING SERVICE CO LLC,   )
                                    )
            Defendant.              )
                                    )
_____ )

**ORDER TO SHOW CAUSE**

On September 2, 2005, the plaintiff filed a complaint bringing this action under the Employee Retirement Security Income Act of 1974, 29 U.S.C. §§ 1001 et seq., and seeking monetary and injunctive relief. The defendant did not file a response to the complaint, and on December 27, 2005, the Court issued an Order directing the plaintiff to show cause why the case should not be dismissed for want of prosecution. In response, the plaintiff filed an amended complaint on December 30, 2005.[1] The defendant has not responded to the amended complaint, and the plaintiff has made no further effort to pursue prosecution of this action. Accordingly, it is, this 26th day of May, 2006, hereby

---

[1] On October 31, 2005, the plaintiffs and the defendant filed a Joint Stipulation for Leave to File Amended Complaint. However, the amended complaint was not actually filed until December 30, 2005. Furthermore, at no point before or after the December 30, 2005 filing has the defendant responded to the amended complaint.

**ORDERED** that the plaintiff shall show cause by June 9, 2006, why this case should not be dismissed for want of prosecution.  Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge