IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> COMPLETE PAINTING SERVICE CO, LLC <br> a/k/a Complete Painting Service Company <br> a/k/a Complete Painting Service Co., *et al.* <br><br> Defendants | CIVIL ACTION NO. 05-1763 (RBW) |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendants, Complete Painting Service Co., LLC a/k/a Complete Painting Service Company a/k/a Complete Painting Service Co. and Michael Liquindoli for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.

    BY:/s/    Sanford G. Rosenthal
    SANFORD G. ROSENTHAL, ESQUIRE
    (I.D. NO. 478737)
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0611
Date: June 1, 2006    Attorney for Plaintiff