IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-1763 (RBW) |
| v. | )<br>) | |
| COMPLETE PAINTING SERVICE CO, LLC<br>  a/k/a Complete Painting Service Company<br>  a/k/a Complete Painting Service Co., *et al.* | )<br>)<br>)<br>) | |
| Defendants | ) | |

**DECLARATION OF NON-MILITARY SERVICE**

SANFORD G. ROSENTHAL, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Michael Liquindoli, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: June 1, 2006

/s/   Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

168623-1