## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Complete Painting Service Co., LLC
89 North Plains Industrial Road
Wallingford, CT 06492
and

Michael F. Liquindoli
Complete Painting Service Co., LLC
89 North Plains Industrial Road
Wallingford, CT 06492

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

DATE: June 1, 2006

168623-1