IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 05-1763 (RBW) |
| v. | ) ) | |
| COMPLETE PAINTING SERVICE CO, LLC a/k/a Complete Painting Service Company a/k/a Complete Painting Service Co., *et al.* | ) ) ) ) ) | |
| Defendants | ) | |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendants, Complete Painting Service Co., LLC a/k/a Complete Painting Service Company a/k/a Complete Painting Service Co. and Michael Liquindoli for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/    Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Date: June 1, 2006       Attorney for Plaintiff

168623-1

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-1763 (RBW) |
| v. | ) ) | |
| COMPLETE PAINTING SERVICE CO, LLC<br>  a/k/a Complete Painting Service Company<br>  a/k/a Complete Painting Service Co., *et al.* | ) ) ) ) | |
| Defendants | ) | . |

### DECLARATION OF SANFORD G. ROSENTHAL FOR ENTRY OF DEFAULT

I, Sanford G. Rosenthal, Esquire, declares as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action was served on the Defendant, Complete Painting Service Co., LLC a/k/a Complete Painting Service Company a/k/a Complete Painting Service Co. ("Company"), by Stuart Pearlmutter, Process Server, who personally served Karen Liquindoli, Manager and a person authorized to accept service on behalf of the Company, at 67 Green Lane, Durham, CT 06422 on September 20, 2005. The Return of Service has been duly docketed with the Court.

3. On October 31, 2005, the Plaintiff, the Company and Michael Liquindoli ("Liquindoli" and together with Company, "Defendants") filed a Joint Stipulation for Leave to File an Amended Complaint which added Liquindoli as an additional defendant in this action. There was never an order entered allowing for the Amended Complaint to be filed.

4. The Amended Complaint was filed on December 30, 2005 in response to the Court's December 28, 2005 Order to Show Cause.

168623-1

Case 1:05-cv-01763-RBW   Document 8-2   Filed 06/01/2006   Page 3 of 4

5. The Amended Complaint was served via U.S. postal service via first class mail to the Company and Liquindoli because the Defendants stipulated to the Amended Complaint which added Liquindoli as a defendant.

6. The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

7. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

8. Neither of the Defendants are infants or incompetent people and, as a corporation, Defendant, Complete Painting Service Co., LLC a/k/a Complete Painting Service Company a/k/a Complete Painting Service Co. is not in the military service. A separate Declaration is attached with respect to the individual defendant Michael Liquindoli.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: June 1, 2006

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL

168623-1                              2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND )  <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> COMPLETE PAINTING SERVICE CO, LLC ) <br> a/k/a Complete Painting Service Company ) <br> a/k/a Complete Painting Service Co., *et al.* ) <br> ) <br> Defendants ) | CIVIL ACTION NO. 05-1763 (RBW) |

### DECLARATION OF NON-MILITARY SERVICE

SANFORD G. ROSENTHAL, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Michael Liquindoli, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: June 1, 2006          /s/    Sanford G. Rosenthal
                             SANFORD G. ROSENTHAL, ESQUIRE

168623-1