## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Complete Painting Service Co., LLC
>89 North Plains Industrial Road
>Wallingford, CT 06492
>and
>
>Michael F. Liquindoli
>Complete Painting Service Co., LLC
>89 North Plains Industrial Road
>Wallingford, CT 06492

>/s/ Sanford G. Rosenthal
>SANFORD G. ROSENTHAL, ESQUIRE

DATE: June 1, 2006

168623-1