UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>COMPLETE PAINTING SERVICE CO LLC,<br><br>Defendant. | Civil Action No. 05-1763 (RBW) |

**ORDER TO SHOW CAUSE**

On September 2, 2005, the plaintiff filed a complaint bringing this action under the Employee Retirement Security Income Act of 1974, 29 U.S.C. §§ 1001 et seq., and seeking monetary and injunctive relief. The defendant did not file a response to the complaint. Although the Clerk of the Court entered a default as to the defendant on June 1, 2006, the plaintiff has not yet moved for entry of default judgment. Accordingly, it is, this 14th day of June, 2006, hereby

**ORDERED** that the plaintiff shall, by June 28, 2006, move for entry of a default judgment or otherwise show cause why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge