IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>v. )<br>)<br>COMPLETE PAINTING SERVICE CO, LLC )<br>  a/k/a Complete Painting Service Company )<br>  a/k/a Complete Painting Service Co., *et al.* )<br>)<br>Defendants ) | CIVIL ACTION NO. 05-1763 (RBW) |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, the International Painters and Allied Trades Union Industry Pension Fund ("Pension Fund" or "Plaintiff"), respectfully moves this Court for entry of judgment by default against Defendants, Complete Painting Service Co., LLC a/k/a Complete Painting Service Company a/k/a Complete Painting Service Co. ("Company") and Michael Liquindoli ("Liquindoli" and together with Company, "Defendants"), jointly and severally, in the amount of $68,660.41, which includes contributions due for the period January 2002 through May 2006, interest, liquidated damages and attorneys' fees and costs incurred by the Pension Fund pursuant to 29 U.S.C. §185(a) and 1132(g)(2)(A) through (D), and for injunctive relief.

In support of this Motion, Plaintiff relies upon the allegations in its Complaint, Amended Complaint, the Declaration of Thomas Montemore[1] and the Declaration of Sanford G. Rosenthal.[2]

---

[1] The Declaration of Thomas Montemore ("Montemore Declaration") is attached to this Motion as Exhibit 1. The exhibits referenced in the Montemore Declaration are attached as Exhibits 2-3.

[2] The Declaration of Sanford G. Rosenthal ("Rosenthal Declaration") is attached to this Motion as Exhibit 4. The exhibit referenced in the Rosenthal Declaration is attached to this Motion as Exhibit 5.

169599-1

The grounds for this Motion are as follows:

1. Prior to the commencement of this action, the Plaintiff attempted to resolve this delinquency in an amicable manner.

2. The requested payments were not received and the Complaint in this matter was filed on September 2, 2005. The Complaint was served on the Defendants on September 26, 2005 as appears from the Affidavit of Service duly filed with the Court. On December 30, 2006, Plaintiffs filed an Amended Complaint which was served via first class mail.

3. No Answer to the Complaint or Amended Complaint has been filed by the Defendants.

4. On June 1, 2006, Plaintiff filed a Request to Clerk to Enter Default against the Defendants pursuant to Fed. R Civ. P. 55(a). A copy was sent via first-class mail, postage prepaid, to the Defendants.

5. On June 1, 2006, the Clerk of the Court entered default against all Defendants.

6. Defendants are neither infants nor incompetent people and the Liquindoli is not in the military service.

**WHEREFORE**, Plaintiff seeks the following relief:

(a) Judgment entered as set forth in the proposed Order and Judgment attached to this Motion;

  (b)  Such other and further relief as the Court deems just, necessary and appropriate.

              Respectfully submitted,

              JENNINGS SIGMOND, P.C.

            BY:/s/ Sanford G. Rosenthal
              SANFORD G. ROSENTHAL, ESQUIRE
              (I.D. NO. 478737)
              The Penn Mutual Towers, 16th Floor
              510 Walnut Street, Independence Square
              Philadelphia, PA 19106-3683
              (215) 351-0611
Date: June 28, 2006       Attorney for Plaintiff