AMENDMENT TO

LIMITED LIABILITY COMPANY OPERATING AGREEMENT

FOR

COMPLETE PAINTING SERVICE, CO., LLC

This Amendment to the Limited Liability Company Operating Agreement (the "Amendment") is made and entered into as of this 29th day of October 2004 by Michael F. Liquindoli and Karen F. Liquindoli (the "Members") and individually (a "Member").

As of this date the Members have agreed to Amend a Limited Liability Company Operating Agreement (the "Agreement") for Complete Painting Service Co., LLC dated June 30, 1997. Accordingly, in consideration of the conditions contained herein, the Members agree as follows:

1.4   TERM. The Company shall continue for fifty (50) years from the date of this Agreement unless dissolved earlier by:

    (a)   Members whose capital interest as defined in Article 2.2 exceeds 50% for dissolution; or

    (b)   Any event which makes it unlawful for the business of the Company to be carried on by the Members; or

    (c)   The death, resignation, expulsion, bankruptcy, retirement of a Member or the occurrence of any other event that terminates the continued membership of a Member of the Company, except for the voluntary transfer of a Members interest in the company in accordance with ARTICLE 7. Section 7.1; or

    (d)   Any other event causing a dissolution of a Limited Liability Company under the laws of Connecticut.

1.5   CONTINUANCE OF COMPANY. Notwithstanding the provisions of ARTICLE 1.4, in the event of an occurrence described in ARTICLE 1.4(c), if there is at least one remaining member, said remaining Member or Members shall have the right to continue the business of the Company. Such right can be exercised only by the unanimous vote of the remaining Member or Members within ARTICLE 1.4 (c). If not so exercised, the right of the Members to continue the business of the Company shall expire.


EXHIBIT 3

1.7   PRINCIPAL PLACE OF BUSINESS.  The location of the principal place of business of the Company shall be:

> 88 North Plains Industrial Road – Unit 24
> P.O. Box 4519
> Wallingford, CT

or at such other place as the Managers from time to time select.

4.4   CHIEF EXECUTIVE MANAGER.  Michael F. Liquindoli, as Chief Executive Manager, shall have primary responsibility for managing the operations of the Company and for effectuating the decisions of the Managers.

WHEREFORE, Karen F. Liquindoli and Michael F. Liquindoli who represent 100% of the ownership interest in the company and represent all the present Members of the company, by their signatures below, authorize the Amending of the Agreement as stated above.

Signed and Agreed as of this 29th day of October 2004.

_____ Member
Michael F. Liquindoli

_____ Member
Karen F. Liquindoli

STATE OF CONNECTICUT         :
                             : Hartford
COUNTY OF HARTFORD           :

On this the 20th day of October 2004 before me, the undersigned officer, personally appeared Michael F. Liquindoli who acknowledged himself to be a Member of Complete Painting Service Co., LLC a corporation and that he as such Member, being authorized to do so, executed the foregoing instrument for the purposes therein contained, by signing as the Member of the corporation.

                                                                                  _____
                                                                                  Carmen A. Rodriguez
                                                                                  Notary Public
                                                                                  Commission Expires: October 31, 2005


STATE OF CONNECTICUT         :
                             : Hartford
COUNTY OF HARTFORD           :

On this the 24th day of October 2004 before me, the undersigned officer, personally appeared Karen F. Liquindoli who acknowledged herself to be a Member of Complete Painting Service Co., LLC a corporation and that she as such Member, being authorized to do so, executed the foregoing instrument for the purposes therein contained, by signing as the Member of the corporation.

                                                                                  _____
                                                                                  Carmen A. Rodriguez
                                                                                  Notary Public
                                                                                  Commission Expires: October 31, 2005

**EXHIBIT 1**

LIMITED LIABILITY COMPANY OPERATING AGREEMENT

FOR

COMPLETE PAINTING SERVICE CO., LLC

LISTING OF MEMBERS:

As of the 30th day of June, 1997 the following is a list of the members of the Company:

| NAME | ADDRESS |
|---|---|
| Michael F. Liquindoli | 422 South Main Street, #2<br>Wallingford, CT 06492 |

Authorized by the following Members to provide Member Listing as of this 29th day of October 2004.

_____ Member
Michael F. Liquindoli

**EXHIBIT 2**

LIMITED LIABILITY COMPANY OPERATING AGREEMENT

FOR

COMPLETE PAINTING SERVICE CO., LLC

CAPITAL INTERESTS OF MEMBERS:

As of the 29th day of October 2004 the following represents the relative capital interest of each identified Member in the Company:

| NAME | PERCENTAGE |
|---|---|
| Michael F. Liquindoli | 100% |