IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br> <br> Plaintiff, <br> v. <br> <br> COMPLETE PAINTING SERVICE CO, LLC <br> a/k/a Complete Painting Service Company <br> a/k/a Complete Painting Service Co., *et al.* <br> <br> Defendants | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-1763 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JENNINGS SIGMOND, P.C. June 2006 ATTORNEYS' FEES

| Date | Attorney | Task | Time |
|---|---|---|---|
| 6/1/06 | JLT | Review Court Order; Preparation of Response to Order Review and Revision of Request for Entry of Default; Review Documents from K. Liquindoli; Phone Conference w/ T. Montemore (x4); Preparation of Correspondence to P. Gilbert (x6); Preparation of Correspondence to T. Montemore (x5) | 4.5 |
| 6/2/06 | JLT | Phone Conference w/ T. Montemore (x2) Phone Conference w/ K. Liquindoli (x4) | 0.5 |
| 6/5/06 | JLT | Review Correspondence from Clerk Phone Conference w/ K. Liquindoli | 0.3 |
| 6/27/06 | JLT | Preparation of Default Motion; Review of Correspondence from P. Gilbert Preparation of Exhibits; Review and Revision of Default Motion; Phone Conference with T. Montemore Calculation of Attorneys' Fees and Cost Preparation of Supporting Affidavits Preparation of Correspondence to T. Montemore | 6.0 |
| | | TOTAL | 11.3 |

169599-1


EXHIBIT 5

<u>June Summary</u>

| | | |
|---|---|---|
| JLT | 11.3 Hrs. x $200 | = $ 2,260.00 |
| | TOTAL | = $ 2,260.00 |
| | 8/05 - 5/06 Total | = $ 4,845.00 |
| | 8/05 - 5/06 Total (costs) | = $    720.78 |
| | **Grand Total** | **= $7,825.78** |

169599-1

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 5800
Tuesday, June 27, 2006

Printed By  SLG
Page  1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27385 | Complete Painting Service Co. | Sigmond, Richard B. |

Beginning To End

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/6/2005 | JLT | 1.70 | 1.70 | 200.00 | $340.00 | | | Review of Correspondence from P. Gilbert (x4)<br>Review of Docket<br>Phone Conference with T. Montemore |
| 9/9/2005 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Correspondence to P. Gilbert |
| 9/13/2005 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 9/19/2005 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Correspondence to P. Gilbert (x3)<br>Phone Conference with P. Gilbert |
| 9/26/2005 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Preparation of Correspondence to T. Montemore (x2)<br>Review of Affidavit of Service<br>Review of Affidavit of Non-Service<br>Memo to File |
| 10/4/2005 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with Mike Liquindoli (x2)<br>Phone Conference with T. Montemore (x2)<br>Memo to File |
| 10/5/2005 | JLT | 1.40 | 1.40 | 200.00 | $280.00 | | | Review of Correspondence from P. Gilbert (x3)<br>Phone Conference with T. Brockett<br>Preparation of Correspondence to T. Montemore<br>Review of Correspondence from T. Montemore<br>Preparation of Letter to T. Montemore<br>Phone Conference with T. Montemore |
| 10/6/2005 | JLT | 1.90 | 1.90 | 200.00 | $380.00 | | | Phone Conference with T. Brockett<br>Review and Revision of Letter to M. Liquindoli<br>Preparation of Correspondence to T. Montemore (x3)<br>Review of Correspondence from T. Montemore (x4)<br>Computer Research Regarding Assignments |
| 10/6/2005 | SGR | 0.60 | 0.60 | 200.00 | $120.00 | | | Legal Research regarding Offsets |
| 10/7/2005 | JLT | 1.20 | 1.20 | 200.00 | $240.00 | | | Computer Research Regarding Assignments<br>Phone Conference with T. Montemore<br>Phone Conference with M. Liquindoli |
| 10/11/2005 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with T. Montemore<br>Preparation of Amended Complaint |
| 10/12/2005 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Memo to File regarding Amended Complaint |
| 10/24/2005 | JLT | 1.80 | 1.80 | 200.00 | $360.00 | | | Review of Correspondence from T. Montemore (x2)<br>Preparation of Correspondence to T. Montemore<br>Preparation of Amended Complaint<br>Preparation of Stipulation |
| 10/27/2005 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with M. Liquindoli |

Report ID: OT2025 - 5800
Tuesday, June 27, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By   SLG
Page         2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/31/2005 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with M. Liquindoli |
| 12/12/2005 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Preparation of Correspondence to M. Liquindoli |
| 12/28/2005 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Amended Complaint |
| 12/28/2005 | CTM | 0.50 | 0.50 | 70.00 | $35.00 | | | Preparation of Amended Complaint for Filing |
| | | | | | | | | Review of Docket |
| 12/29/2005 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Order |
| 1/12/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Electronic Court Documents regarding Order |
| 1/27/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Docket regarding Status of Stipulation |
| | | | | | | | | Phone Conference with Judge's Clerk regarding Same |
| 2/1/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Memo to File |
| | | | | | | | | Review of Docket |
| | | | | | | | | Preparation of Memo Regarding Litigation Status |
| 5/22/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Default Entry |
| | | | | | | | | Memo to File |
| | | | | | | | | Review of Letter from T. Montemore |
| | | | | | | | | Preparation of Litigation Status Report |
| | | | | | | | | Memo to File |
| 5/26/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |
| 5/30/2006 | CTM | 0.50 | 0.50 | 70.00 | $35.00 | | | Review of Docket regarding Order |
| | | | | | | | | Phone Conference with Judge's Clerk regarding Same |
| | | | | | | | | Memo to File |
| 5/31/2006 | JLT | 5.60 | 5.60 | 200.00 | $1,120.00 | | | Review of Order |
| | | | | | | | | Phone Conference with T. Montemore (x3) |
| | | | | | | | | Phone Conference with K. Liquindoli (x4) |
| | | | | | | | | Phone Conference with USDC |
| | | | | | | | | Review of Correspondence from T. Montemore (x5) |
| | | | | | | | | Preparation of Response |
| | | | | | | | | Preparation of Correspondence to T. Montemore (x3) |
| | | | | | | | | Preparation of 55(a) |

| Post Date | Entry Date | Original Post Period | Original Post Year | Status |
|---|---|---|---|---|
| 05/31/2006 | 05/22/2006 | 5 | 2006 | Current Period |

### Billed Time Totals

| | 21.30 | 21.30 | | $4,065.00 | | | |
|---|---|---|---|---|---|---|---|

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/1/2005 | $69.63 | CRDB | Computer Research - Dun & Bradstreet |
| 9/1/2005 | $69.63 | CRDB | Computer Research - Dun & Bradstreet |
| 9/1/2005 | $2.67 | PO | Postage Charges |
| 9/1/2005 | $7.42 | PO | Postage Charges |
| 9/26/2005 | $2.24 | COPY | Photocopies |
| 10/7/2005 | $198.00 | 7100 | Service of Summons & Complaint |

Report ID: OT2025 - 5800
Tuesday, June 27, 2006

# Jennings Sigmond, P.C.
# Time And Expense Details

Beginning To End

Printed By SLG
Page 3

## Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 10/29/2005 | $12.09 | SD | Special Delivery |
| 10/31/2005 | $3.00 | FAX | Fax Charges |
| 10/31/2005 | $3.15 | COPY | Photocopies |
| 10/31/2005 | $0.14 | COPY | Photocopies |
| 11/1/2005 | $77.16 | CRWL | Computer Research - Westlaw |
| 1/3/2006 | $2.45 | COPY | Photocopies |
| 1/3/2006 | $9.76 | PO | Postage Charges |

**Billed Expenses Totals** $457.34

| Report Totals | | |
|---|---|---|
| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
| 21.30 | 21.30 | $4,065.00 | $457.34 | $4,522.34 |

*** End Of Report ***

```
REPRINT OF BILLED DETAILS (as billed)


                        Bill number  PTINTF-27385-001 RBS
                            Bill date    09/12/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Complete Painting Service Co., LLC   (27385)

FOR PROFESSIONAL SERVICES RENDERED

08/10/05 SGR   Review of Correspondence from Fund regarding New
               Delinquency Case
               Review of Documents
               Preparation of Litigation Memo
               Phone Conference with T. Montemore
                                         .60 hrs   200   /hr      120.00
08/15/05 JLT   Phone Conference with T. Montemore (x3)
                                         .50 hrs   200   /hr      100.00
08/23/05 JLT   Phone Conference with T. Montemore (x3)
               Review of Correspondence from P. Gilbert
               Review of Correspondence to P. Gilbert
                                         .50 hrs   200   /hr      100.00
08/25/05 JLT   Review of File Documents
               Computer Research Regarding Company Status
               Preparation of Complaint
               Review of D&B Report
               Calculation of Delinquency
                                        2.30 hrs   200   /hr      460.00
                                                                -----------
               TOTAL FEES                                  $         780.00

DISBURSEMENTS

08/29/05 7100 Filing Fee - Complaint                                 250.00
08/31/05 COPY Photocopies                                             13.44
                                                                -----------
               TOTAL DISBURSEMENTS                         $         263.44

BILLING SUMMARY

               TOTAL FEES                                  $         780.00

               TOTAL DISBURSEMENTS                         $         263.44
                                                                -----------
               TOTAL CHARGES FOR THIS BILL                 $       1,043.44
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27385-ALL RBS                                              Page     1


             REPORT TOTALS

      TOTAL FEES                                                    780.00

      TOTAL DISBURSEMENTS                                           263.44
                                                                -----------
                                                                  1,043.44
```