## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Motion for Judgment by Default by the Court pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendants was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Complete Painting Service Co., LLC
>89 North Plains Industrial Road
>Wallingford, CT 06492
>and
>
>Michael F. Liquindoli
>Complete Painting Service Co., LLC
>89 North Plains Industrial Road
>Wallingford, CT 06492

>/s/ Sanford G. Rosenthal
>SANFORD G. ROSENTHAL, ESQUIRE

Date: June 27, 2006

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM**

169599-1